United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Anibangel Molina,<br>Defendants. | )<br>)<br>)<br>)  Case Nos. 13-20416-CR-Scola, and<br>)  13-20950-CR-Scola<br>)<br>) |

### Order on Compassionate Release

Now before the Court is the Defendant Anibangel Molina's motion for compassionate release. For the reasons set forth below, Molina's motion (**ECF No. 202**) is **denied**.

Molina pled guilty to conspiracy to commit wire fraud and criminal contempt, and the Court sentenced the Molina to 120 months in prison. He was the head of an international Ponzi scheme conspiracy that defrauded $3 million from over 50 victims. He promised victims high-interest checking accounts and investments that were insured by Lloyd's Bank of London for up to $2 million. He used a fake Wall Street address; he never invested the victims' money; and he used a fabricated counterfeit certification of insurance from Lloyd's Bank of London with a fraudulent Florida Secretary of State seal. He profited significantly from the fraud. He also pled guilty to criminal contempt stemming from his absconding to Venezuela while out on bond. He remained a fugitive for over two years in Venezuela until March 16, 2016 when he surrendered and returned to the United States. He has been in custody since March 2016, and therefore he has served 51 of his 120-month prison sentence.

Courts have repeatedly held that if an inmate has a chronic medical condition that has been identified by the Centers for Disease Control as elevating an inmate's risk of becoming seriously ill from COVID-19, that condition may constitute "extraordinary and compelling reasons." *See, e.g., United States v. Oreste*, Case No. 14-20349 (S.D. Fla. Apr. 6, 2020) (Scola, J.); *United States v. Minor*, Case No. 18-80152 (S.D. Fla. Apr. 17, 2020) (Middlebrooks, J.); *United States v. Platten*, Case No. 08-cr-80148 (S.D. Fla. Apr. 17, 2020) (Middlebrooks, J.); *United States v. Nieves Suarez*, Case No. 18-20175 (S.D. Fla. Apr. 20, 2020) (Cooke, J.). Molina's motion for compassionate release cites his increased risk of severe illness due to his serious medical conditions and the coronavirus pandemic. Specifically, Molina has Guillain-Barre syndrome, a very serious autoimmune disease, and he also suffers from obesity and hypertension.

Although people with Guillain-Barre syndrome are more susceptible to contracting a severe case of Covid-19, Molina is currently in remission, and his condition does not appear to be acute. (ECF No. 204-2 at 3.)

Regardless of whether his medical condition constitutes an "extraordinary and compelling reason," Molina's release is not appropriate because the § 3553 factors weigh heavily against his release. Under the relevant Sentencing Guidelines Policy Statement, the Court "may reduce a term of imprisonment . . . if, after considering the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court determines that . . . extraordinary and compelling reasons warrant a reduction." § 1B1.13. Here, Molina masterminded a very serious crime, a sophisticated scheme that caused great financial harm to multiple victims. His original sentencing guideline range was 168 to 210 months, and the Court varied far below the guideline range to avoid unwarranted sentencing disparities. The severity of the crime weighs heavily against his release after serving only 51 months. Crucially, rather than immediately accepting responsibility for his actions and showing remorse, he fled to Venezuela while on bond. He spent over two years as a free man before returning to the United States. In short, the applicable 18 U.S.C. § 3553(a) factors—such as the nature and circumstances of the offense, the history and characteristics of the offender, the need to ensure adequate punishment, deterrence, and community protection—do not warrant Molina's release. Therefore, Molina's motion is denied (**ECF No. 202**).

**Done and ordered** at Miami, Florida, on June 25, 2020.

_____
Robert N. Scola, Jr.
United States District Judge